NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7044

STEVEN PREMINGER,

Petitioner,

v.

SECRETARY OF VETERANS AFFAIRS,

Respondent.

On petition for review pursuant to 38 U.S.C. Section 502.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves for a 28-day extension of time, until October 8, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott J. Rafferty Esq.
    Jane W. Vanneman, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK